[No. 10190–4–II.  Division Two.  December 17, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. FASH ONI, *Appellant.*

Appeal from a judgment of the Superior Court for Clark

County, No. 85–1–00931–2, Thomas L. Lodge, J., entered July 7, 1986. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Worswick, J.